IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

MYRON BASS,                    )
                               )
        Plaintiff,             )
                               )
vs.                            )        No. 2:13-cv-2687-JDT-tmp
                               )
LAKESIDE BEHAVIOR HEALTH       )
SYSTEMS, et al.,               )
                               )
        Defendants.            )
_____

REPORT AND RECOMMENDATION
_____

     On August 30, 2013, Plaintiff Myron Bass, a resident of the
State of Arkansas, filed a *pro se* complaint pursuant to 28 U.S.C.
§ 1983.  (ECF No. 1.)  However, Plaintiff neglected to pay the
$400.00 civil filing fee or submit a properly completed application
to proceed *in forma pauperis*.

     On September 4, 2013, the court directed plaintiff to file a
properly completed *in forma pauperis* affidavit or pay the $400.00
civil filing fee within thirty (30) days from the date of the
order.[1] Plaintiff was also warned that failure to comply in a
timely manner with this order would result in a recommendation to
the District Judge that his complaint be dismissed without further
notice. To date, plaintiff has not filed a properly completed *in
forma pauperis* affidavit or paid the filing fee.

_____

[1] A copy of the order and *in forma pauperis* affidavit was mailed to
plaintiff at the address listed on file.

Based on plaintiff's failure to file a completed *in forma pauperis* affidavit or, alternatively, to pay the civil filing fee, it is recommended that Bass's complaint be dismissed without prejudice.

Respectfully submitted,

s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

October 7, 2013
Date

### NOTICE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN TEN (10) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE THEM WITHIN TEN (10) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**